■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAYVON D. ROSIER, Appellant. [881 NYS2d 359]—Appeal from a

judgment of the Monroe County Court (Richard A. Keenan, J.), rendered February 2, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.